Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Central District of California

Western_ Division



FILED
CLERK, U.S. DISTRICT COURT
10/19/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY

| | |
|---|---|
| Andrew-James: Martinez© TTEE for ANDREW JAMES MARTINEZ TRUST <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> AXOS BANK; GREGORY GARRABRANTS AND FIRST AMERICAN MORTGAGE; KENNETH D. DE GIORGIO <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. CV23-8833-AB(RAOx) <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew-James :Martinez TTEE for ANDREW JAMES MARTINEZ T |
| Street Address | c/o Po Box 1642 |
| City and County | Claremont,   Los Angeles County |
| State and Zip Code | California,   [91711] |
| Telephone Number | 562 253 9254 |
| E-mail Address | ajmartinez01877@gmail.com |

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Greg Garrabrants |
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 4350 La Jolla Village Dr |
| City and County | San Diego, San Diego County |
| State and Zip Code | California, 92122 |
| Telephone Number | 888 502 2967 |
| E-mail Address *(if known)* | commercialbanking@axosbank.com |

Defendant No. 2

| | |
|---|---|
| Name | AXOS BANK |
| Job or Title *(if known)* | BANK INSTITUTION |
| Street Address | 4350 La Jolla Village Dr |
| City and County | San Diego, San Diego County |
| State and Zip Code | Texas 75063 |
| Telephone Number | 888 502 2967 |
| E-mail Address *(if known)* | commercialbanking@axosbank.com |

Defendant No. 3

| | |
|---|---|
| Name | Kenneth D. DeGiorgio |
| Job or Title *(if known)* | Chief Executive Officer |
| Street Address | 4795 Regent Blvd |
| City and County | Irving, Irving County |
| State and Zip Code | Texas 75063 |
| Telephone Number | 866 575 8484 |
| E-mail Address *(if known)* | rvsvendormanagement@firstam.com |

Defendant No. 4

| | |
|---|---|
| Name | FIRST AMERICAN MORTGAGE |
| Job or Title *(if known)* | MORTGAGE COMPANY |
| Street Address | 4795 Regent Blvd |
| City and County | Irving, Irving County |
| State and Zip Code | Texas 75063 |
| Telephone Number | 866 575 8484 |
| E-mail Address *(if known)* | rvsvendormanagement@firstam.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CCP § 323 Adverse possession, abandonment of property/ Federal Mortgage Fraud – 18 U.S.C § 1014, 26 U.S. Code § 7201 - Attempt to evade or defeat tax, The Fifth Amendment provides that property be not taken without making just compensation, That valid contracts are not property, whether the obligor is a private individual, a municipality, a State or the United States.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Andrew-James :Martinez, is a citizen of the State of *(name)* American.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Andrew-James : Martinez TTEE, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Greg Garrabrants, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* California.

      b.    If the defendant is a corporation

The defendant, *(name)* AXOS BANK, Greg Garrabrants , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California . Or is incorporated under the laws of *(foreign nation)* California , and has its principal place of business in *(name)* California .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant(s) have been Noticed via this Claim here by Civil Court and by ICC PRIVATE INTERI COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY Claim having 21 days November 7 respond with evidence requested to Cure, amount of default $13,000,000.00 USD.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant(s) as stipulations have shown mortgage and tax fraud, illegal conversion, misrepresentation, racketeeringA private investigation was conducted showing evidentiary proof of fraud and fraudulent acts, such as mortgage and tax fraud, fraudulent misrepresentation, money laundering, misapplication, embezzlement, and false entries,misappropriation, theft, stealing, robbing, robbery, thieving, , pilfering, pilferage, appropriation, abstraction, swindling, white-collar crime, fraud, larceny, misuse of funds, ripping off (See Attachments:), have been Noticed via this Claim here by Civil Court and by ICC PRIVATE INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY Claim having 21 days November 7, 2023 to respond with evidence

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relinquishment of title and all fraudulent claims public and private of abandon property located at 917 Alamosa Dri Claremont California

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16/2023

Signature of Plaintiff: Andrew-James: Martinez TTEE for ANDREW JAMES MARTINEZ T!

Printed Name of Plaintiff: Andrew James Martinez

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**This page is part of your document - DO NOT DISCARD**







**20230418689**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/27/23 AT 08:00AM**

Pages: 0004

| | |
|---|---:|
| FEES: | 28.00 |
| TAXES: | 2,860.00 |
| OTHER: | 0.00 |
| PAID: | 2,888.00 |





**LEADSHEET**



202306270190029

00023555549



014140648

**SEQ:**
**01**

SECURE - 8:00AM

RECORDING REQUESTED BY:
Chicago Title Company
Order No. 112304413-JN
Escrow No. 178708-BZ
Parcel No. 8671-012-018

AND WHEN RECORDED MAIL TO:

JENNY XU
1030 BONITA AVENUE
LA VERNE, CA 91750

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $2,860.00 and CITY $0.00
☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:   ☒ City of Claremont, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Hui Wang, LLC a California Limited Liability Company and Vermont Resources LLC, a California Limited Liability Company

WHO ACQUIRED TITLE AS: Hui Wan, LLC sharing $150k as to 23.08% interest and Vermont Resource, LLC sharing $500k as to 76.92% interest

hereby GRANT(S) to   Jenny Xu, a single woman

the following described real property in the County of Los Angeles, State of California:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Property commonly known as: 917 Alamosa Drive, Claremont, CA 91711

Date   6/7/2023

Hui Wan, LLC a California Limited Liability Company

By: Thomas Wan, Manager

By: Hui Wan, Manager

Vermont Resource, LLC a California Limited Liability Company

By: Thomas Wan, Manager

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Los Angeles } S.S.

On 06/07/2023, before me, Vannes Tang, Notary Public, personally appeared Thomas Wan and Hui Wan, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

VANNES TANG
COMM. #2316980
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 23, 2023
NRO1

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability, true, correct, and complete, and accepts all signatures in accord with UCC §3-419.

_____
Andrew-James: Martinez/TTEE

## ACKNOWLEDGMENT:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _____ (10-13-23), before me _____, Notary Public, personally appeared Andrew -James: Martinez TTEE who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Florida that this foregoing paragraph is true and correct.

WITNESS my hand and official seal

/s/:_____        (NOTARY STAMP OR SEAL)
**SIGNATURE OF NOTARY PUBLIC**            *See attached Notary Acknowledgment*

RECORDING REQUESTED BY:
The ANDREW JAMES MARTINEZ TRUST

RETURN TO:
The ANDREW JAMES MARTINEZ TRUST
c/o PO BOX 1642
Claremont, California, [91711]
United States of America
[Non-Domestic]

Date Recorded: 10/13/23                Above space provided for Recorder's use

# AFFIDAVIT NOTICE OF LIEN
From N O L 10-13-23-RJC

This constitutes an International Commercial Lien on the property legally located at 917 Alamosa drive, Claremont California 91711 by ANDREW JAMES MARTINEZ TRUST. Private Party Andrew-James: Martinez TTEE has exclusive rights to legal, allodial, equitable title and ownership according to a private transaction, Security Agreement between Andrew-James: Martinez TTEE and The ANDREW JAMES MARTINEZ TRUST (Recorded with County Recorder's Court and the Secretary of the State of California). This private commercial lien is applicable and enforceable in all relevant counties, states, and cities expressly described herein; this lien will expire when the security interest of The ANDREW JAMES MARTINEZ TRUST has been satisfied. Collateral will consist of all items listed on the UCC1 Collateral section and the Security Agreement.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

The Lien Holder executes this Notice of Lien certified and sworn on the Lien Holder's true, correct, and complete testimony.

Case 2:23-cv-08833-AB-RAO   Document 1   Filed 10/19/23   Page 11 of 19   Page ID #:11

On _____ (10-13-2023), before me personally appeared Andrew-James: Martinez TTEE _____, Notary Public who proved to me on the basis of satisfactory evidence to be the person(s) whose is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

*See attached Notary Acknowledgment*

WITNESS my hand and official seal

## NOTICE OF COMMERCIAL LIEN

This agreement constitutes an International Commercial Lien on all property (in each of their individual capacity/form/item) of the DEBTOR (indemnitor) on behalf of , and for the benefit of The Secured Party/Creditor (indemnitee) in the amount of ONE HUNDRED MILLION DOLLARS U.S.D. ($100,000,000.00), in silver dollars, fiat money, or money of account/credit at par value. This lien will expire at the moment that the indemnitee expires or when this lien is satisfied by the indemnitee.

Applicable to all Successors and Assigns

SIGNATURE

*Andrew TTEE*

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles ) S.S.

On __October 13, 2023__ Before me, __Jessica M. Garcia__, a Notary Public, personally appeared ********************************** ANDREW JAMES MARTINEZ ******************************** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California, that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_Jessica M. Garcia_ (signature)
NOTARY'S SIGNATURE

Place Notary Seal In Box Below

[Seal: JESSICA M. GARCIA, Notary Public - California, Los Angeles County, Commission # 2362668, My Comm. Expires Jun 25, 2025]

_____ OPTIONAL _____

*Though the information is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Notice of Lien__

Document Date: __October 13, 2023__   Number of Pages: __Three__

Signer(s) Other Than Named Above: __None__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer-Title(s): _____
☐ Partner- ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Right Thumbprint of Signer
Top of Thumb Here

Signer is Representing:
_____

Signer's Name: _____
☐ Individual
☐ Corporate Officer-Title(s): _____
☐ Partner- ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Right Thumbprint of Signer
Top of Thumb Here

Signer is Representing:
_____




**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its internet website. The form may also be available from the party that provided you with this document. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.

RR18-1/22

LAVOTE.GOV

400 IMPERIAL HIGHWAY, NORWALK, CA 90650

SEQ:
01

8:00AM

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles ) S.S.

On __October 13, 2023__ Before me, __Jessica M. Garcia__, a Notary Public, personally appeared ************************************ ANDREW JAMES MARTINEZ ************************************ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California, that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

*[Signature]*
NOTARY'S SIGNATURE

Place Notary Seal In Box Below

*[Notary Seal: JESSICA M. GARCIA, Notary Public - California, Los Angeles County, Commission # 2362668, My Comm. Expires Jun 25, 2025]*

_____ OPTIONAL _____

*Though the information is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Facts__

Document Date: __October 13, 2023__   Number of Pages: __Two__

Signer(s) Other Than Named Above: __None__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer-Title(s): _____
☒ Partner- ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Right Thumbprint of Signer
Top of Thumb Here

Signer is Representing:
_____

Signer's Name: _____
☐ Individual
☐ Corporate Officer-Title(s): _____
☒ Partner- ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Right Thumbprint of Signer
Top of Thumb Here

Signer is Representing:
_____

From : ANDREW JAMES MARTINEZ TRUST ©
c/o Po Box 1642
Claremont, California 91711

ATTN: 350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

DATE : October, 13 2023

## AFFIDAVIT of FACTS

TO THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION

ATTENTION: KIRY K. GRAY, DISTRICT COURT EXECUTIVE/CLERK OF COURT

I, ANDREW MARTINEZ©, declare under Oath & penalty and perjury that the following statements are factual according to my personal knowledge of events.

1. I first went to 917 ALAMOSA DR CLAREMONT CA 91711 on 10/05/2023. It is being advertised as a short sale by AXOS BANK on netronline through a third party realtor and other online listing sites (see attached exhibit A),
2. I noticed the property was abandoned, unoccupied and completely vacant,
3. The property had no real claim of ownership to prove ownership of the residence on the public record,
4. The property has been abandoned for approximately 109 Days and counting,
5. I acknowledged the deed as grantee on October, 13 2023. (see attached exhibit B),
6. I compel any authorized Representative or Agent of AXOS BANK, or any third party realtor or agent to prove ownership of the property on the public record. This affidavit serves as constructive notice to the public and any party claiming ownership of the residence. 21 days to rebut this affidavit point for point will be given to the public, any authorized representative, or agent and anyone who wishes to state their claim of ownership on the property.

FURTHER AFFIANT SAYETH NAUGHT.

SIGNATURE

*[signature]* TEE

_____
Andrew-James: Martinez/TTEE

## ACKNOWLEDGMENT:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _____ (10-13-23), before me _____,
Notary Public, personally appeared Andrew -James: Martinez TTEE who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that this foregoing paragraph is true and correct.

WITNESS my hand and official seal

(NOTARY STAMP OR SEAL)

/s/:_____
SIGNATURE OF NOTARY PUBLIC

*See attached Notary Acknowledgment*







Logout | Profile | Saved Listings

Home / California / Los Angeles County / Listing Details

# 917 Alamosa Dr, Claremont, CA 91711

6 Beds  8 Baths  7,688 sq. ft. sq. ft.
Multi-Family

*Public Listing made by Third Party on behalf of Fraudulent Lienholder / Bank*

*No Proof of claim on the Public Record of ownership*

**$3,215,311** EMV

Status: Active
Listing ID: 60469343



## Property Information

| | |
|---|---|
| Bedrooms: | 6 |
| Bathrooms: | 8 |
| Living Area Size: | 7,688 |
| Lot Size: | 1.29 acres |
| Year Built: | 1992 |
| Source ID: | 154995088 |
| Day(s) On Site: | 109 **ABANDONED** |
| Parcel Number: | 8671-012-018 |
| Property Type: | Multi Family Dwelling |
| Plaintiff: | Axos Bank |
| Defendant Name: | ZHIYONG FU |
| Recording Date: | 06-15-2023 |
| Trustee Name: | FIRST AMERICAN TITLE INSURANCE CO |
| Trustee Address: | 4795 Regent Blvd Mc 1011-f |
| Trustee City: | Irving |
| Trustee State: | TX |
| Trustee Zip: | 75063 |
| Trustee Phone: | (866) 429-5179 |
| Trustee Reference Number: | CA2300288793 |

Handwritten annotation: ABANDONED — BANK NOR REALTY COMPANY HAVE PERFECTED NO CLAIM AS THERE IS NO CLAIM OR AFFIDAVIT ON THE RECORD to PROVE IT IS NOT ABANDONED.